| UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS |
|---|---|

Myron Winkelman, et al.
        Plaintiff,

v.

CVS Caremark Corporation, et al.
        Defendant,

Court File Number
11-CV-11398

**AFFIDAVIT OF SERVICE**

State of Delaware  } SS
County of New Castle }

__DENORRIS BRITT_____, being duly sworn, on oath says that on
(Name of Server)

__11/ 25___/2014 at __12:40  p__M
(Date of Service)    (Time of Service)

s(he) served the attached: Summons; Second Amended Complaint; Exhibits

upon: Silverscript, LLC

therein named, personally at:    The Corporation Trust Company
                                Corporation Trust Center
                                1209 Orange Street
                                Wilmington, DE 19801

by handing to and leaving with:

__AMY MCLAREN_____ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at The Corporation Trust Company, the Registered Agent for Silverscript, LLC, expressly authorized to accept service of process for same, a true and correct copy thereof.

Subscribed and Sworn to before me

__11 / 25____/2014.

_____
(Signature of Notary)

_____
(Signature of Server)

```
KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 4, 2016
```



Serial # SWALY 144246 3006
Re: 1915

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

**Metro Legal Services, Inc.**
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215

| UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS |
|---|---|

Myron Winkelman, et al.
        Plaintiff,

v.

CVS Caremark Corporation, et al.
        Defendant,

Court File Number
1:11-CV-11398

**AFFIDAVIT OF SERVICE**

State of Delaware } SS
County of New Castle }

__DENORRIS BRITT__ (Name of Server), being duly sworn, on oath says that on __12/1__/2014 at __12:35 p__ __M__ (Date of Service) (Time of Service)

s(he) served the attached: Summons; Second Amended Complaint; Exhibits

upon: Silverscript, LLC (n/k/a CVS Caremark Part D Services)

therein named, personally at:     Corporation Trust Company
                                      1209 Orange Street
                                      Wilmington, DE 19801

by handing to and leaving with:

__AMY MCLAREN__ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at Corporation Trust Company, the Registered Agent for Silverscript, LLC (n/k/a CVS Caremark Part D Services), expressly authorized to accept service of process for same, a true and correct copy thereof.

Subscribed and Sworn to before me

__12/1__/2014.

(Signature of Notary)

(Signature of Server)

```
MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015
```



Serial # SWALY 144426 3063
Re: 1915

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

MYRON WINKELMAN, ET AL.

*Plaintiff*

v.

CVS CAREMARK CORPORATION

*Defendant*

Civil Action No.:
1:11-CV-11398-DJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SILVERSCRIPT, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL

*CLERK OF COURT*

/s/ -- Timothy Maynard

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2014-11-20 11:52:05.0, Clerk USDC DMA